YURIKO M. SHIKAI, State Bar No. 229232
  yshikai@neufeldmarks.com
**NEUFELD MARKS**
  **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for Defendants
L.A. Little Tokyo, LP,
Hankook BBQ House, Inc. and
Geon J. Kim

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>L.A. LITTLE TOKYO, LP;<br>HANKOOK BBQ HOUSE, INC.;<br>GEON J. KIM; and DOES 1-10,<br><br>    Defendants. | Case No. 2:23-cv-02998-DMG-SK<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED:  May 15, 2023          LAW OFFICES OF MORSE MEHRBAN

                              By: *M. Mehrban*
                              _____
                              Morse Mehrban
                              Attorney for Plaintiff
                              ALEJANDRO DIAZ

STIPULATION FOR DISMISSAL

| | |
|---|---|
| DATED: May 15, 2023 | NEUFELD MARKS<br>A Professional Corporation<br><br>By:     /s/ Yuriko M. Shikai<br>    Yuriko M. Shikai<br>    Attorneys for Defendants<br>    L.A. Little Tokyo, LP,<br>    Hankook BBQ House, Inc. and<br>    Geon J. Kim |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On May 24, 2023, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)** on the interested parties in this action as follows:

Morse Mehrban, Esq.
15720 Ventura Blvd., Suite 306
Encino, CA 91436-2989
Telephone: 424-274-1237
Email: Morse@Mehrban.com

*Attorneys for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2023, at Los Angeles, California.

_____
Rachel Ortega

PROOF OF SERVICE